IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TAMEL JOHNSON,

        Plaintiff,                  No. 2:11-cv-0369 GEB GGH P

    vs.

RALLOS, et. al.,

        Defendants.         ORDER

                                /

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

        On August 28, 2012, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Neither party has filed objections to the findings and recommendations.[1]

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

---

[1] Plaintiff has not communicated with the court since February 27, 2012.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 28, 2012, are adopted in full;

2. Defendants' motions to dismiss (Docs. 26, 29) are granted and all defendants except Hseih are dismissed from this action. Defendant Hseih shall file an answer within 14 days.

Dated: October 16, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge