IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TAMEL JOHNSON,

      Plaintiff,                          No. 2:11-cv-0369 GEB AC P

      vs.

RALLOS, et al.,                      MODIFIED DISCOVERY AND

      Defendants.                   SCHEDULING ORDER

_____/

        On June 3, 2013, plaintiff filed a motion for extension of time to respond to defendant Hsieh's discovery requests. ECF No. 47. Plaintiff contends he has been unable to timely respond because he has been unable to locate his medical records. The court will construe plaintiff's motion as a request to modify the scheduling order. On June 13, 2013, defendant also filed a motion to modify the scheduling order based on plaintiff's inability to timely respond to discovery. ECF No. 48. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Defendant's motion to modify the scheduling order (ECF No. 48) is granted;

        2. Plaintiff's motion for extension of time (ECF No. 47) is granted;

        3. Discovery requests shall be served by the party seeking the discovery on all

parties to the action.[1]  Discovery requests shall not be filed with the court except when required by Local Rules 250.1, 250.2, 250.3 and 250.4.

       4   Responses to written discovery requests shall be due forty-five days after the request is served.

       5.  The parties are cautioned that filing of discovery requests or responses, except as required by rule of court, may result in an order of sanctions, including, but not limited to, a recommendation that the action be dismissed or the answer stricken.

       6.  Pursuant to Federal Rule of Civil Procedure 30(a), defendants may depose plaintiff and any other witness confined in a prison upon condition that, at least fourteen days before such a deposition, defendants serve all parties with the notice required by Fed. R. Civ. P. 30(b)(1).

       7.  If disputes arise about the parties' obligations to respond to requests for discovery, the parties shall comply with all pertinent rules including Rules 5, 7, 11, 26, and 37 of the Federal Rules of Civil Procedure and Rules 134, 135, 130, 131, 110, 142, and 230(l) of the Local Rules of Practice for the United States District Court, Eastern District of California; unless otherwise ordered, Local Rule 251 shall not apply.  Filing of a discovery motion that does not comply with all applicable rules may result in imposition of sanctions, including but not limited to denial of the motion.

       8.  The parties may conduct discovery until July 29, 2013.  Any motions necessary to compel discovery shall be filed by that date.  All requests for discovery pursuant to Fed. R. Civ. P. 31, 33, 34 or 36 shall be served not later than sixty days prior to that date.

       9.  All pretrial motions, except motions to compel discovery, shall be filed on or before October 21, 2013.  Motions shall be briefed in accordance with paragraph 8 of this court's

---

[1]  If an attorney has filed a document with the court on behalf of any defendant, then plaintiff must serve documents on that attorney and not on the defendant.  See Fed. R. Civ. P. 5(b).

order filed March 30, 2012.

10. Pretrial conference and trial dates will be set, as appropriate, following adjudication of any dispositive motion, or the expiration of time for filing such a motion.

DATED: June 18, 2013

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

/mbjohn0369.41dso.mod