IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TAMEL JOHNSON,**<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>**RALLOS, et al. ,** | Case No. 2:11-cv-00369-GEB-AC<br><br>**[PROPOSED] ORDER** |

GOOD CAUSE HAVING BEEN SHOWN, Defendant' request to take Plaintiff's deposition by videoconference is GRANTED.

DATED: July 9, 2013

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1

[Proposed] Order (2:11-cv-00369-GEB-AC)