IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TAMEL JOHNSON,**<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>**RALLOS, et al.,** | Case No. 2:11-cv-00369-GEB-AC<br><br>[~~PROPOSED~~] **ORDER** |

　　Good cause appearing, Defendant Hsieh's motion to modify the scheduling order is granted.

　　**IT IS HEREBY ORDERED** that the deadline to file any discovery motions is extended thirty days, up to and including August 28, 2013, and the pretrial motion deadline is extended thirty days, up to and including, November 20, 2013.

DATED: July 30, 2013

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE