IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**TAMEL JOHNSON,**

                Plaintiff,

      **v.**

**RALLOS, et al.,**

Case No. 2:11-cv-00369-GEB-AC PC

[~~PROPOSED~~] ORDER

Good cause appearing, Defendant Hsieh's motion to modify the dispositive motion deadline is granted.

**IT IS HEREBY ORDERED** that the deadline to file pre-trial dispositive motions is extended until after the Court acts on Plaintiff's pending Motion for Reconsideration (ECF No. 53). If the Court denies the motion, the parties will have forty-five days from the denial to file any pre-trial dispositive motions. Alternatively, if the Court grants the motion it will issue appropriate new orders at that time.

Dated: November 6, 2013

                                            /s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE